

**Fw: MDL NO. 2295 - IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

InterdistrictTransfer FLMD   to: Rich Olsen                09/30/2016 03:16 PM
Sent by: Mollie Pleicones

| | |
|---|---|
| From: | InterdistrictTransfer FLMD/FLMD/11/USCOURTS |
| To: | Rich Olsen/FLMD/11/USCOURTS@USCOURTS |
| Sent by: | Mollie Pleicones/FLMD/11/USCOURTS |

----- Forwarded by Mollie Pleicones/FLMD/11/USCOURTS on 09/30/2016 03:16 PM -----

| | |
|---|---|
| From: | Kim A Sellars/CASD/09/USCOURTS |
| To: | InterdistrictTransfer_FLMD@flmd.uscourts.gov |
| Date: | 09/30/2016 02:30 PM |
| Subject: | RE: MDL NO. 2295 - IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION |

United States District Court
Middle District of Florida
Office of the Clerk


RE: MDL NO. 2295 - IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION

<u>Transfer of Civil Case(s)</u>                                    <u>Transferor #:</u>

Chrisman v. Portfolio Recovery Associates, LLC                     FLM 6 16-01563


Dear Sir/Madam:

    Attached is a certified copy of the Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Southern District of California pursuant to 28 U.S.C. Section 1407. The Honorable John A. Houston is to preside over this litigation.

    After the Order has been docketed and the case closed, please electronically transmit your court file to the United States District Court, Southern District of California. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Kim A. Sellars
Case Administrator to the Honorable Larry Alan Burns
United States District Court
Southern District of California

(619)557-7352    MDL No. 2295 CTO-97.pdf